Thank you. Again, we are honored to be sitting here in the diversity and inclusion of this institution. I'm proud to be a community member. It is a privilege and an honor to serve in the community as part of this institution. This is an area of expertise, and we promise to serve as your guide in the disciplinary hearing. We are being charged, and we intend to provide a standing order at the ASUC to authorize the institution. The reason he makes this argument is because he has asked prior to the hearing, first of all, for a point of standard of purchase. He told me he had a relevance of $15,000 for the hearing. And at the time of the hearing, he asked me of the attorney, the disciplinary hearing officer, for a protection of an appointment. It was a colleague of his, who used to be Mr. Young, who alleged that he had approached her and told her that the mother in need and then suggested to him that he contact her and get her addressed. So he decided he could spend her $3,000 to introduce her to us. So you can write your point of view, and of course, we don't always have our case meeting and our folks involved, right? It seems to me that you are non-charging one, two, or five, two. No, I'm not. The best you are, I would say, is three or four, three or four, depending on the situation. Well, let's talk a little bit more about his assistance in the hearing. Why did he just have assistance in the first place? He's not a deliberate, he's not a jurid, and we know he's not a public institution. Well, he's complicated in that picture. Maxine believes that he needs assistance, and he asks for it, and he rejects it. That's not the question. The question is, the Federal Judiciary has had to go through a series of years to deprive him of his funds and made him to sign certain things, and we are trying to now secure some of those things for him. The person doesn't have to give him anything. We're trying to determine if there's a problem. He was illiterate. We determined the Federal was highly complicated, and I'm going to say I'm going to cite number four. Well, I think he needs to get the documents he requested. At the hearing, he got a copy of the changes we were in. I think he got a copy of the SMA report and brought all the documents. He did not witness that he was always involved in the judiciary in any specific business. He did not witness the particular changes. He was the person, essentially, who brings you and then the number three monitor. And he's supposed to go to the number three monitor. When he goes to the number three monitor, he got a copy in an envelope, which says, Decision to allow confrontation, cross-examination, or other breaching of evidence, he is totally discretionary with the person with the most issues. He is discretionary, Your Honor. I think all we see is this. This is not an individual prosecution. This is the first decision in Mitchell v. Student, set up by his inmate. What's the evidence? Did considerations come into account in determining whether or not the institution denies the process and simply refuses to have the evidence brought and be able to testify for the evidence? There is no evidence that there was a telephone conversation on April 26, 2011. That's nonsense. All I'm asking you to show is that there is no evidence that there was a conversation with an inmate present. I mean, you're ideally correct. You're doing the whole thing correctly. There's no evidence that there was a conversation on this day. There's no one that says there was any conversation with an inmate present. And you have all of her statements of reality in front of you. Did he have any false statements in front of you, Your Honor? Or did your statements run teacher-to-teacher? There's one that's not April 19th of 2011, but it was done on April 26th. I'm not sure if you can see it. I don't know if you can see it because April 19th we were in. He didn't get it until the year after the hearing, and then during the hearing it had just been closed. In fact, the document was not produced. It's a court order. It's not a federal case. It's a receipt in a district court. He has specific false statements. A staff member obtained it for him when he was at the hearing on July 7th, which he did. He had it on the 1st of 2011, and he appears to be the only statement that was recorded. It was the July 26th. There is an unabated difference between the two statements. Obviously, to the court, it is always important to get you to understand why is the statement varying and why is she opposing the statement. Sometimes she's been in an incident that the student had asked her to give her address, and she could send it forward with it. Apparently, some of these words seem to be misconstrued. At the statement, some of what seems to be her saying is literally what I'm saying, that the person abused their discretion in this particular instance. Based on his idea that there is a general conversation on April 26th, which employee agrees to, and that there's a conversation within being present, that nobody agrees to, it's just invalidation. Well, I think it's useful that there's such a statement. Obviously, these are inappropriate instances to call a conversation. There's the statement, people can either see or she's aware of, or witness of a teacher attempting to assess the situation, face this phone, which she can't assess. There's a lot of information on the basis of what seems to be a strange variety, and it's that statement, especially from the inmate file where the other inmate, although he may be speaking to this employee, asks Mr. Mackey to approach the teacher to do this analysis. So, that's two components. I think it's my opinion. What happens is, if it is stated on April 26th, I mean, the teacher changes his phone number, she's in this intercept, I'm not sure why she's saying that, but there are two things. She's got a statement on April 26th, I don't know if you're aware of it or not, but it's, it's, and if he is able to call that witness and have her say something about it, what would be his understanding of the inmate? So, why does she have to give him her statements? And it's really, let's check out the second statement. At the request of the investigating officer, Mr. Anderson, the abuser, who, from that, presents testimony at a meeting hearing, or presents evidence at a meeting hearing, where, to get your jurors across these conclusions, then, this is the way it happens, that, why is your prediction of this? Here's the story. You are trying to decide whether or not she's vulnerable to being corrupt, by making these statements. And if she doesn't have a chance to present, teachers have to see and have her testify whether or not she's made the felony case or not. It's a serious statement that she made, so April 26th, at no time did these statements stop from coming to the public. It's a, the greater statements were going to be the case of interesting, because if they weren't, it's too many strikes, it's a fire, and it's the lead juror, so the second, not the 8th, Mr. Anderson, you try. Yes, this is what we can make of it. As you can see, the, the April 26th statement, this is when it turns out that it was approved into a more judicious law. Well, well, he also said at no time did he ever say that that's the best use of the case. Well, we just couldn't get better about how she came up in court, and that's why people are very worried when people are shooting this. Well, as I say, your Honor, she's got a right, at least to me, to cross the street and put an assist run for the defense and she put an assist run for the prosecution during her own oath with the DA's ocean, which we can explain why he doesn't want this because if he does, he's going to do it for over a year, and then resist his conclusion as to Senator Smith's personal second view. She, her statements, her knowledge, her experience, it's been key in this case being able to succeed in her own history, and that's all I need to know. But as I indicated in the brief, there's more to it than just that she could explain the context of her service, and she would have been able to question her, well, did I really, well, did you really believe that I was going to use the gun if she couldn't as it's often I don't think that would have certainly helped because in this case, she didn't tell anyone that was questioning how she was going to use her own conclusion, and that's the difference upon inference to conclude that what she was really trying to do was not to pass a nail she was trying to try to prove as a testifier, and then to use a nail as a paper not as evidence against her. And as you know, this particular witness is going to be an external contrarian witness because as she makes it, and there is a certain amount of this issue of avoiding and you're setting up a crowd of stakeholders in terms of this this this monster who is this monster who would have really raised a few eyes to see what, how she would reach that monocle of joy that Jesus would be and suggest that this is interesting. Mr. Beck is from Somalia and that he had been talking to her and looking at her doing these things in chapter 12 and the he he makes a number of statements and he asserts himself that the conversation they had which was this and she certainly would not say that was her primary consensus but we don't know because she's one of her college students and one thing that the NHL thinks that is I think the NHL should be sectioned because prior to that the NHL was interested in reproductions of those reproductions in the courts and so in his decision today under those conditions what he had to go on at that time and at that time he he had Mr. Mr. Beck he's I think he's the second page of the
judges: Wallace, Schroeder, N.R. Smith